**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| MICHELLE T. SEIDNER, | : | No. 461 EAL 2018 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| HOWARD FINKELMAN, ESQUIRE AND | : | |
| BOCK & FINKELMAN, P.C., | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.

    Justice Dougherty did not participate in the consideration or decision of this matter.